IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| KEITH HENDERSON, | ) | 4:15CV3010 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **MEMORANDUM** |
| | ) | **AND ORDER** |
| ANTHONY BISHOP, JUDGES U.S. DISTRICT COURT NEBRASKA, Appellee(s) capital case, GEORGIA DEPT. OF CORRECTIONS, KAREN JETT, state wide coordinator, U.S. COURT OF NEBRASKA, Appellee(s) capital case, and OFFICE OF INVESTIGATION COMPLIANCE, | ) ) ) ) ) ) ) ) ) ) | |
| Defendants. | ) | |

This matter is before the court on its own motion. On January 21, 2015, Plaintiff Keith Henderson submitted to the court approximately 35 pages of pleadings. These pleadings were all docketed in this case. (*See* Filing Nos. 1, 1-1, 1-2, 1-3, and 1-4.) Upon careful review of Plaintiff's submission, it is apparent that Plaintiff intended to file four separate civil actions, not one. Accordingly,

    IT IS ORDERED that:

    1.    The clerk of the court is directed to file the documents found in Filing No. 1-1 in a separate case, together with a copy of this order, and directly assign the case to the undersigned judge.

2. The clerk of the court is directed to file the documents found in Filing No. 1-2 in a separate case, together with a copy of this order, and directly assign the case to the undersigned judge.

3. The clerk of the court is directed to file the documents found in Filing No. 1-3 in a separate case, together with a copy of this order, and directly assign the case to the undersigned judge.

4. The three new cases should be opened as of the date the documents were received by the court (i.e., January 21, 2015).

5. The clerk of the court is directed to strike Filing No. 1-1, Filing No. 1-2, and Filing No. 1-3 from the docket sheet in this case.

DATED this 9th day of April, 2015.

BY THE COURT:

*s/ John M. Gerrard*
United States District Judge

---

\*This opinion may contain hyperlinks to other documents or Web sites. The U.S. District Court for the District of Nebraska does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide on their Web sites. Likewise, the court has no agreements with any of these third parties or their Web sites. The court accepts no responsibility for the availability or functionality of any hyperlink. Thus, the fact that a hyperlink ceases to work or directs the user to some other site does not affect the opinion of the court.