IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| KEITH HENDERSON, | ) | 4:15CV3010 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **MEMORANDUM** |
| | ) | **AND ORDER** |
| ANTHONY BISHOP, et al., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |
| KEITH HENDERSON, | ) | 4:15CV3040 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **MEMORANDUM** |
| | ) | **AND ORDER** |
| MARTY ALLEN, et al., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |
| KEITH HENDERSON, | ) | 4:15CV3041 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **MEMORANDUM** |
| | ) | **AND ORDER** |
| ANTHONY BISHOP, et al., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

| | | |
|---|---|---|
| KEITH HENDERSON, | ) | 4:15CV3042 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **MEMORANDUM** |
| | ) | **AND ORDER** |
| MARTY ALLEN, et al., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

    Keith Henderson is currently incarcerated at the Valdosta State Prison in Valdosta, Georgia. He filed four cases in this court on January 21, 2015. The Complaints are mostly nonsensical. However, it is apparent from the captions of his Complaints that he is attempting to "appeal" numerous prior cases filed in the federal district courts. (Case No. 4:15-cv-03010-JMG-PRSE, Filing No. 1 at CM/ECF p. 1; Case No. 4:15-cv-03040-JMG-PRSE, Filing No. 1 at CM/ECF p. 1; Case No. 4:15-cv-03041-JMG-PRSE, Filing No. 1 at CM/ECF p. 1; Case No. 4:15-cv-03042-JMG-PRSE, Filing No. 1 at CM/ECF p. 1.)

    As Henderson is most certainly aware, he is barred from proceeding in forma pauperis in the federal district courts because he has brought at least three cases that were dismissed for being frivolous or malicious or for failing to state a claim upon which relief may be granted. *See Henderson v. Wright*, No. CV 311-110, 2012 WL 399125, *1 (S.D. Ga. Jan. 10, 2012). Indeed, the judges in the Southern District of Georgia created a miscellaneous case file established solely for the purpose of screening Henderson's numerous frivolous filings in that district. *See In re Henderson*, No. MC 3:12-402, 2014 WL 198996, *1 (S.D. Ga. Jan. 17, 2014).

    Here, it is apparent from Henderson's filings that he does not have a claim to pursue in the District of Nebraska. Moreover, Henderson cannot "appeal" the rulings

of other courts to this court. Henderson has filed similar complaints in federal district courts across the United States. At least one other federal district court dismissed Henderson's complaint outright because it was obviously an attempt by Henderson to "flout the procedures" established in the Southern District of Georgia. *Henderson v. State of Georgia*, No. 1:15-cv-01007-JES (C.D. Il. Jan. 6, 2015). Like the court in *Henderson v. State of Georgia*, this court "will not expend its limited resources handling patently frivolous mailings." *Id.*

IT IS THEREFORE ORDERED that:

1. The above-captioned cases are dismissed, with prejudice, as frivolous.

2. Henderson's Motion for Leave to Proceed in Forma Pauperis (Filing No. 2) in Case No. 4:15-cv-03010-JMG-PRSE is denied.

3. Henderson's Motion for Miscellaneous Relief (Filing No. 7) in Case No. 4:15-cv-03010-JMG-PRSE is denied.

4. The court will enter a separate judgment in accordance with this order.

5. If Plaintiff seeks to appeal the dismissal of any of the above-captioned cases, his notice of appeal must be accompanied by an appellate filing fee in the amount of $505.00 in that case. As Plaintiff is aware, he is not entitled to proceed in forma pauperis without first showing a danger of imminent harm in accordance with [28 U.S.C. § 1915(g)](#).

DATED this 15th day of April, 2015.

                                    BY THE COURT:

                                    *s/ John M. Gerrard*
                                    United States District Judge